Errata

*Maverick Tube Corp. v. United States*, Consol. Court No. 14-00229, Slip Op. 16-16, dated February 22, 2016:

Page 2, replace "*Hardeep K. Josan*" with "*Melissa M. Devine*" and replace "him" with "her" on the next line.

Dated:  February 22, 2016.